**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Delaware
(State)

Case number (*If known*): _____  Chapter 11

☐ Check if this is an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  AP Orangevale, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  87-4811642

4. **Debtor's address**

   Principal place of business:
   675 W Indiantown Road, Ste 103
   Number   Street

   Jupiter    FL    33458
   City       State  ZIP Code

   Palm Beach
   County

   Mailing address, if different from principal place of business:
   Number   Street

   P.O. Box

   City   State   ZIP Code

   Location of principal assets, if different from principal place of business:
   8861 Greenback Lane
   Number   Street

   Orangevale    95662
   City    State    ZIP Code

5. **Debtor's website (URL)**  N/A

Debtor  **AP Orangevale, LLC**
_____
Name

Case number (*if known*)_____

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
| 7. | **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☐ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br><br>  5  3  1  1 |
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply*:<br>  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☐ A plan is being filed with this petition.<br>  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |

Debtor  **AP Orangevale, LLC**
        Name

Case number (if known) _____

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When ___/___/_____ (MM/DD/YYYY) Case number _____
         District _____ When ___/___/_____ (MM/DD/YYYY) Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor _____ Relationship _____
         District _____ When ___/___/_____ (MM/DD/YYYY)
         Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                      Number    Street
_____
City                              State ZIP Code

Is the property insured?
☐ No
☐ Yes. Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

Debtor  **AP Orangevale, LLC**
_____
Name

Case number (*if known*)_____

---

| 13. Debtor's estimation of available funds | Check one:<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|

| 14. Estimated number of creditors | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|

| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|

| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **05/29/2023**
            MM / DD / YYYY

✗  **/s/ Richard Sabella**                              **Richard Sabella**
   Signature of authorized representative of debtor       Printed name

   Title **Manager**

---

Debtor   AP Orangevale, LLC
         Name                                                              Case number (if known)_____

**18. Signature of attorney**   ✘ /s/ Christopher P. Simon          Date   05/29/2023
                                Signature of attorney for debtor          MM   / DD  / YYYY

Christopher P. Simon, Esq.
Printed name
Cross & Simon, LLC
Firm name
1105 N. Market Street, Suite 901
Number      Street
Wilmington                                          DE      19801
City                                                State   ZIP Code

302-777-4200                                        csimon@crosslaw.com
Contact phone                                       Email address

3697                                                DE
Bar number                                          State

## Unanimous Written Consent of the Manager and Sole Member
## of
## AP ORANGEVALE, LLC

The undersigned, being the sole member and manager of AP Orangevale, LLC (the "Company"), do hereby consent to and adopt the following resolutions as the action of the Company:

### Approval and Authorization of Filings Under Chapter 11 of the U.S. Bankruptcy Code

**WHEREAS,** the undersigned have determined that it is in the best interest of the Company, its creditors, and other interested parties to file a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

**NOW, THEREFORE, BE IT RESOLVED,** that the manager of the Company is authorized to file a petition for relief under Chapter 11 of the U.S. Bankruptcy Code in any United States Bankruptcy Court in any jurisdiction where such a filing would be proper (the "Bankruptcy Court");

**FURTHER RESOLVED,** that Richard Sabella, the manager of the Company, is authorized and empowered to execute on behalf of the Company a petition for relief under Chapter 11 of the Bankruptcy Code and to file such a petition in the Bankruptcy Court, and to execute any affidavits, forms, schedules, applications or any other pleadings or documents which are necessary or appropriate;

**FURTHER RESOLVED,** that Richard Sabella, as manager, is authorized to retain on behalf of the Company the law firm of Cross & Simon, LLC as bankruptcy counsel upon such terms and conditions as he shall approve, to render legal services to and to represent, the Company in connection with such Chapter 11 proceedings and other related matters in connection therewith;

### General Authority

**RESOLVED,** that any and all actions heretofore taken by Richard Sabella in connection with the transactions or objectives approved in any or all of the foregoing resolutions, and all transactions related thereto, are hereby approved, ratified and confirmed in all respects;

**FURTHER RESOLVED,** that Richard Sabella is hereby authorized and directed, in the Company's name and on its behalf, to take or cause to be taken any and all such additional action or actions as, in the judgment of the manager, officer or officers taking or causing such action or actions, may appear desirable or appropriate to carry out the purposes of the foregoing resolutions.

**IN WITNESS THEREOF,** this unanimous written consent has been executed by the undersigned, effective as of the 30th day of May, 2023.

MANAGER: _____
Richard Sabella

SOLE MEMBER:
ALLERAND REALTY HOLDINGS, LLC

By: _____
Richard Sabella, Manager

2

**Fill in this information to identify the case:**

Debtor name: AP Orangevale, LLC

United States Bankruptcy Court for the: _____ District of DE
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Cable Park Property Owner, LLC<br>5743 Corsa Avenue, Suite 215<br>Westlake Village, CA 91362 | | Litigation | c/u/d | | | Unknown |
| 2 | Porter Scott<br>350 University Ave, Suite 200<br>Sacramento, CA 95825 | | Legal services | | | | Unknown |
| 3 | Sacramento County Tax Collector<br>P.O. Box 508<br>Sacramento, CA 95812-0508 | | Taxes | | | | $38,786.34 |
| 4 | U.S. Realty Partners, Inc.<br>5743 Corsa Avenue, Suite 215<br>Westlake Village, CA 91362 | | Litigation | c/u/d | | | Unknown |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AP Orangevale, LLC, | ) | Case No.: |
| | ) | |
| Debtor. | ) | |

**DECLARATION UNDER PENALTY OF PERJURY REGARDING
LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

I, Richard Sabella, Manager of AP Orangevale, LLC, named as the debtor in this case (the "Debtor"), hereby declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief. Inclusion of any entity on the List of Creditors Holding 20 Largest Unsecured Claims does not and should not constitute: (1) a waiver of any defense; (2) an acknowledgement of the allowability of any claims; and/or (3) a waiver of any other right, remedy or legal position of the Debtor.

Date: May 29, 2023

*/s/ Richard Sabella*
Richard Sabella

**IN THE UNITED STATES BANKRUPTY COURT**
**FOR THE DISTRICT OF DELWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AP Orangevale, LLC, | ) | Case No.: _____ |
| | ) | |
| Debtor. | ) | |
| | ) | |

**STATEMENT OF CORPORATE OWNERSHIP**

I, Richard Sabella, manager of AP Orangevale, LLC, named as the debtor in this case (the "Debtor"), hereby state pursuant to Fed. R. Bankr. P. 1007(a)(1) that the following companies directly or indirectly owns 10% or more of any class of the Debtor's equity interests:

Allerand Realty Holdings, LLC.


Date: May 29, 2023

                                                    */s/ Richard Sabella*
                                                    Richard Sabella

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AP Orangevale, LLC, | ) | Case No.: |
| | ) | |
| Debtor. | ) | |

**DECLARATION UNDER PENALTY OF PERJURY**
**REGARDING LIST OF EQUITY SECURITY HOLDERS**

    I, Richard Sabella, Manager of AP Orangevale, LLC, named as the debtor in this case (the "Debtor"), hereby declare under penalty of perjury that I have read the attached List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: May 29, 2023

                                                               */s/ Richard Sabella*
                                                                  Richard Sabella

<u>List of Equity Security Holders</u>

Allerand Realty Holdings, LLC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AP Orangevale, LLC, | ) | Case No.: |
| | ) | |
| Debtor. | ) | |

**DECLARATION UNDER PENALTY OF
PERJURY REGARDING CREDITOR MATRIX**

AP Orangevale, LLC, the above-captioned debtor (the "Debtor"), filed a petition in this court on May 29, 2023 for relief under chapter 11 of the United States Bankruptcy Code. Contemporaneously with the filing of the petitions, the Debtor filed a list of its creditors (the "Creditor Matrix"). The Creditor Matrix was submitted to the Court electronically.

I, Richard Sabella, Manager of the Debtor, hereby declare under penalty of perjury that I have reviewed the Creditor Matrix and that it is true and correct to the best of my knowledge, information and belief.

Date: May 29, 2023

                                                            */s/ Richard Sabella*
                                                              Richard Sabella

LCP ORANGEVALE LLC
152 West 57th Street, 23rd Floor
New York, NY 10019

LCP Orangevale LLC,
c/o Lane Capital Partners LLC
c/o FRANDZEL ROBINS BLOOM & CATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, CA 90017-2427

Cable Park Property Owner, LLC
5743 Corsa Avenue, Suite 215
Westlake Village, CA 91362

Cable Park Property Owner, LLC
c/o Paracorp Incorporated
2140 S. DuPont Highway
Camden, DE 19934

U.S. Realty Partners, Inc.
5743 Corsa Avenue, Suite 215
Westlake Village, CA 91362

Sacramento County Tax Collector
P.O. Box 508
Sacramento, CA 95812-0508

Allerand Realty Holdings, LLC
675 W Indiantown Rd, Suite 103
Jupiter, FL 33458

Porter Scott
350 University Avenue, Suite 200
Sacramento, CA 95825

Longs Drugstores, Inc.
c/o CVS Health Corporation
One CVS Drive
Woonsocket, RI 02895

Thrifty Payless, Inc.
c/o Rite Aid Corporation
30 Hunter Lane
Camp Hill, PA 17011