# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AP ORANGEVALE, LLC, | ) |
| | ) Case No. 23-10687 (CTG) |
| Debtor. | ) |
| | ) |
| | ) |
| | ) |

## NOTICE OF DEPOSITION OF CABLE PARK PROPERTY OWNERS, LLC PURSUANT TO FED. R. CIV. P. 30 (b)(6)

PLEASE TAKE NOTICE that AP Orangevale, LLC, as debtor and debtor in possession (the "Debtor"), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 30(b)(6) will take the deposition upon oral examination of the person(s) designated by Cable Park Property Owners, LLC with respect to the topics set forth on the attached Exhibit A. The deposition will commence at 1:00 p.m. (ET) at the offices of Cross & Simon, LLC, 1105 N. Market Street, Suite 901, Wilmington, Delaware 19801 on July 11, 2023, or as soon thereafter as the parties can reach a mutually agreeable date, time, and place, and will continue from day to day until completed. The deposition will be recorded by stenographic means.

Dated: June 22, 2023

**CROSS & SIMON, LLC**

 /s/ Kevin S. Mann
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
(302) 777-4200
csimon@crosslaw.com
kmann@crosslaw.com

*Proposed Counsel for the Debtor*

# Exhibit A

## DEPOSITION CATEGORIES

1. *Cable Park Property Owner, LLC's Motion for Relief from the Automatic Stay to Resume State Court Unlawful Detainer Proceedings* [Docket No. 10].

2. The Complaint for Unlawful Detainer filed by Cable Park Property Owners, LLC in the Superior Court of California on or about April 7, 2023, commencing case number 34-2023-00337703.

3. That certain ground lease (the "Ground Lease"), as amended, for certain unimproved real property located in Sacramento County commonly known as 8861 Greenback Lane, Orangevale, CA, dated on or about May 23, 1986, between Vernon A. Cable and Payless Drug Stores Northwest, Inc.

4. That certain lease agreement (the "Tenant Lease"), as amended, for the occupancy of real property located in Sacramento County commonly known as 8861 Greenback Lane, Orangevale, CA, between RA3 Orangevale LLC and Thrifty Payless.

5. Options to extend the term of the Ground Lease.

6. Communications to or by Cable Park Property Owner, LLC (and/or its predecessors) regarding options to extend the term of the Ground Lease.

7. Assignments of the Ground Lease or Tenant Lease.

8. The "Sale-Leaseback" transaction that occurred in December 1998 whereby RA3 Orangevale LLC purchased Thrifty Payless's interest in the Ground Lease and subsequently leased the relevant premises back to Thrifty Payless.

9. Communications between the Debtor (and/or its predecessors) and Cable Park Property Owner, LLC (and its predecessors) related to the Ground Lease or the "Sale-Leaseback" transaction between Thrifty Payless and RA3 had closed on December 11, 1998.

10. Loans held by the Debtor relating to the Ground Lease.

11. Documents recorded with Sacramento County relating to the Ground Lease.

12. Representations made by Cable Park Property Owner, LLC regarding the Ground Lease in response to any request for estoppel certifications.

13. Cable Park Property Owner, LLC's due diligence regarding the real property subject to the Ground Lease.

14. Valuations of the Ground Lease or the Tenant Lease.

15. Valuations of the property subject to the Ground Lease.

16. Amounts outstanding and due, if any, as rent under the Ground Lease.

17. Defaults, if any, existing under the Ground Lease.