**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AP ORANGEVALE, LLC, ) | |
| ) | Case No. 23-10687 (CTG) |
| Debtor. ) | |
| ) | |

## NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE, that on June 26, 2023, undersigned proposed counsel to the Debtor caused a *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (Or Adversary Proceeding)* to be served on UBS Real Estate Investment Inc. f/k/a PW Real Estate Investments Inc. by hand delivery. A copy of the subpoena with return proof of service is attached hereto as Exhibit A.

Dated: June 28, 2023　　　　　　　　**CROSS & SIMON, LLC**

　　　　　　　　　　　　　　　　　　/s/ Kevin S. Mann
　　　　　　　　　　　　　　　　　　Christopher P. Simon (No. 3697)
　　　　　　　　　　　　　　　　　　Kevin S. Mann (No. 4576)
　　　　　　　　　　　　　　　　　　1105 North Market Street, Suite 901
　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　(302) 777-4200
　　　　　　　　　　　　　　　　　　csimon@crosslaw.com
　　　　　　　　　　　　　　　　　　kmann@crosslaw.com

　　　　　　　　　　　　　　　　　　*Proposed Counsel for the Debtor*