**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AP ORANGEVALE, LLC, | ) |
| | ) Case No. 23-10687 (CTG) |
| Debtor. | ) |
| | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
AUGUST 14, 2023 AT 10:00 A.M. (ET), BEFORE THE HONORABLE CRAIG T.
GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE, 6th FLOOR, COURTROOM NO. 2**

**THIS HEARING WILL BE CONDUCTED IN-PERSON. ALL PARTIES, INCLUDING WITNESSES, ARE EXPECTED TO ATTEND IN PERSON UNLESS PERMITTED TO APPEAR VIA ZOOM. PARTICIPATION AT THE IN-PERSON COURT PROCEEDING USING ZOOM IS ALLOWED ONLY IN THE FOLLOWING CIRCUMSTANCES: (I) A PARTY WHO FILES A RESPONSIVE PLEADING INTENDS TO MAKE ONLY A LIMITED ARGUMENT; (II) A PARTY WHO HAS NOT SUBMITTED A PLEADING BUT IS INTERESTED IN OBSERVING THE HEARING; OR (III) OTHER EXTENUATING CIRCUMSTANCES AS DETERMINED BY JUDGE GOLDBLATT. ALL PARTICIPANTS OVER ZOOM MUST REGISTER IN ADVANCE. PLEASE REGISTER BY AUGUST 11, 2023 AT 4:00 P.M. (EST).**

https://debuscourts.zoomgov.com/meeting/register/vJIsfuuspjgrG9nqR2foXtnHbXpb009hfVE

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

**Topic: AP Orangevale, LLC/23-10687(CTG)**
**Time: August 14, 2023 at 10:00 A.M. Eastern Time (US and Canada)**

## MATTERS WITH CERTIFICATIONS:

1.  Debtor's Motion for Entry of an Order Establishing Deadlines and Procedures for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof [D.I. 80, Filed 7/28/2023].

    Related Pleadings:

    A.  Certificate of No Objection Regarding Debtor's Motion for Entry of an Order Establishing Deadlines and Procedures for Filing Proofs of Claim and

Approving the Form and Manner of Notice Thereof [D.I. 92, Filed 8/8/2023].

Objection Deadline:    August 7, 2023 at 4:00 p.m.

Objections/Responses:  None.

Status:    A certificate of no objection has been filed.  No hearing is necessary unless the Court has any questions or comments.


**CONTESTED MATTERS GOING FORWARD:**

2.    Debtor's Motion to Authorize Post-Petition Financing [D.I. 50, Filed 7/12/2023].

Related Pleadings:

    A.    Supplemental Declaration of Richard Sabella in Support of Debtor's Motion to Authorize Post-Petition Financing [D.I. 72, Filed 7/25/2023].

Objection Deadline:    July 26, 2023 at 4:00 p.m. (Extended for Cable Park Property Owner, LLC to July 28, 2023 at 4:00 p.m. (ET)

Objections/Responses:

    A.    Cable Park Property Owner, LLCs Objection to Debtors Motion to Authorize Post-Petition Financing [D.I. 82, Filed 7/28/2023];

    B.    Reply in Support of Debtor's Motion to Authorize Post-Petition Financing [D.I. 93; Filed 8/9/2023].

Status: This matter is going forward


**MATTER GOING FORWARD AS A STATUS CONFERENCE**

3.    Cable Park Property Owner, LLC' Motion to Dismiss Above-Captioned Bankruptcy Case [D.I. 83, Filed 7/28/2023].

Related Pleadings:

    A.    Notice of Lodging [D.I. 84, Filed 7/28/2023].

Objection Deadline:    TBD

Objections/Responses:  None.

Status:    This matter is going forward as a status conference.

Dated: August 10, 2023    **CROSS & SIMON, LLC**

 */s/ Kevin S. Mann*
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
(302) 777-4200
csimon@crosslaw.com
kmann@crosslaw.com

*Counsel for the Debtor*