# SIGN-IN SHEET

JUDGE: Goldblatt    COURTROOM: 7

CASE NUMBER: 23-10687   CASE NAME: AP Orangevale, LLC   DATE: 10/18/2023 (1:00 PM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Grant Dick | Cooch & Taylor P.A. | Longs/CVS |
| Kevin Mann | Cross & Simon | Debtor |
| Steven Walsh | Benesch | LCP Orangevale |

**1pm    AP Orangevale, LLC    Case No. 23-10687-CTG    -    Retention Applications   10-19-2023**

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Judge | Goldblatt | Court | |
| Hannah | McCollum | U.S. Trustee | U.S. Trustee |
| Grant | Dick | Longs/CVS | Cooch and Taylor, P.A. |
| Thomas | McConnell | Longs Drug Stores California, L.L.C. | Miller Starr Regalia |
| Samantha | Chen | Longs Drug Stores California, L.L.C. | Miller Starr Regalia |
| Alan | Leavitt | Lane Capital Partners LLC | Lane Capital Partners LLC |
| Ethan | Leavitt | Lane Capital Partners LLC | Lane Capital Partners LLC |